UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN ABDUL JAMAL SMITH | CIVIL ACTION |
| VERSUS | NO. 24-2282 |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS PAROLE BOARD, STATE OF LOUISIANA ET AL | SECTION: "B"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and §1915A.

New Orleans, Louisiana, this 19th day of November, 2024.

SENIOR UNITED STATES DISTRICT JUDGE